## RIN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA MCCAREY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PWC ADVISORY SERVICES LLC & )<br>PRICEWATERHOUSECOOPERS LLP, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 20-cv-1744-DSC<br><br>Hon. David Stewart Cercone |

## ORDER

AND NOW, this 21st day of January, 2021, upon consideration of the Defendants' Unopposed Motion to Stay Discovery ("Motion to Stay Discovery") pending the resolution of Defendants' Motion to Compel Arbitration and to Stay the Proceedings, or, in the Alternative, to Dismiss ("Motion to Compel Arbitration"), it is hereby **ORDERED** that:

1. The Motion to Stay Discovery is **GRANTED**; and

2. All discovery in the above-captioned action is **STAYED** pending the resolution of the Motion to Compel Arbitration.

s/ David Stewart Cercone
Hon. David Stewart Cercone
Senior United States District Court Judge