IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA MCCAREY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 20-cv-1744-DSC |
| | ) Hon. David Stewart Cercone |
| PWC ADVISORY SERVICES LLC & PRICEWATERHOUSECOOPERS LLP, | ) |
| Defendants. | ) |

**JOINT STIPULATION REGARDING DEFENDANTS'
MOTION TO COMPEL ARBITRATION**

WHEREAS, Defendants PwC Advisory Services LLC and PricewaterhouseCoopers LLP filed a Motion to Compel Arbitration and to Stay the Proceedings, or, in the Alternative, to Dismiss ("Motion to Compel Arbitration") on January 20, 2021, *see* Dkt. 16;

WHEREAS, Plaintiff Pamela McCarey filed her Opposition to Defendants' Motion to Compel Arbitration on February 18, 2021, *see* Dkt. 26;

WHEREAS, the Court granted Plaintiff's Motion for Leave to File an Amended Complaint on February 19, 2021, *see* Dkt. 27; and

WHEREAS, the Parties seek to avoid the time and expense of re-briefing the Motion to Compel Arbitration and to promote judicial efficiency;

THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order, as follows:

Defendants' Motion to Compel Arbitration, and Plaintiff's Opposition thereto, shall be deemed to apply to Plaintiff's First Amended Complaint (Dkt. 29). Defendants shall file their

Reply in Support of their Motion to Compel Arbitration (which may include any arguments relating to the First Amended Complaint) on or before March 4, 2021.

Dated: February 23, 2021

| | |
|---|---|
| */s/ Lane J. Schiff* | /s/ *Jason C. Schwartz* |
| Lane J. Schiff | Jason C. Schwartz |
| CONSOLE MATTIACCI LAW LLC | Naima L. Farrell (*admitted pro hac vice*) |
| 1525 Locust Street | Anna Casey (*admitted pro hac vice*) |
| Philadelphia, PA 19102 | GIBSON, DUNN & CRUTCHER LLP |
| Telephone: 215.545.7676 | 1050 Connecticut Avenue, N.W. |
| Facsimile: 215.689.4137 | Washington, DC  20036-5306 |
| schiff@consolelaw.com | Telephone: 202.955.8500 |
| | Facsimile: 202.467.0539 |
| *Counsel for Plaintiff* | jschwartz@gibsondunn.com |
| | nfarrell@gibsondunn.com |
| | acasey@gibsondunn.com |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jason C. Schwartz*
Jason C. Schwartz

3